**No. 10-5950. Roberto Ramos, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 969, 131 S. Ct. 475, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8117.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5954. Carl L. Rogers, Petitioner v. New York.**

562 U.S. 969, 131 S. Ct. 475, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 7947.

October 12, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 70 App. Div. 3d 1340, 894 N.Y.S.2d 313.

**No. 10-5957. Antonio C. Carter, Petitioner v. Florida.**

562 U.S. 969, 131 S. Ct. 476, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 7937.

October 12, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 23 So. 3d 1238.

**No. 10-5963. Domingo Bustos Anaya, Petitioner v. D. K. Sisto, Warden.**

562 U.S. 969, 131 S. Ct. 476, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8023, ▮

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5979. Jeffrey J. Dontigney, Petitioner v. O & G Industries, Inc., et al.**

562 U.S. 969, 131 S. Ct. 476, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8082.

October 12, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 121 Conn. App. 901, 992 A.2d 1234.

**No. 10-6011. Allen Dale Cutshaw, Petitioner v. Tennessee.**

562 U.S. 970, 131 S. Ct. 477, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 7958.

October 12, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Eastern Division, denied.

**No. 10-6022. Cedric Greene, Petitioner v. Lee's Maintenance Services, et al.**

562 U.S. 970, 131 S. Ct. 477, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8079, ▮

October 12, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6026. Robert Anthony Escareno, Petitioner v. Mike Evans, Warden.**

562 U.S. 970, 131 S. Ct. 478, 178 L. Ed. 2d 302, 2010 U.S. LEXIS 8035.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.